IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 JUL 13 PM 4: 27

STEPHAN HARRIS, CLERK
CHEYENNE

INTERSTATE FIRE & CASUALTY COMPANY
and FIREMAN'S FUND INSURANCE COMPANY,

    Plaintiffs,

    vs.                                       Case No. 13-CV-278-J

APARTMENT MANAGEMENT CONSULTANTS
LLC, and SUNRIDGE PARTNERS LLC,

    Defendants.

## JUDGMENT

The Court has entered its "Order on Various Motions for Summary Judgment," finding that Interstate Fire & Casualty Company and Fireman's Fund Insurance Company, ("Plaintiffs") must provide coverage and indemnify for the judgment for compensatory damages and punitive damages awarded in the underlying *Lompe* action; that Apartment Management Consultants LLC ("AMC") and that Sunridge Partners, LLC ("Sunridge") are not entitled to recover from Plaintiffs on their bad faith claims and are not entitled to recover from Plaintiffs contractual damages, damages for lost business opportunities or lost profits, punitive damages or attorneys' fees, and further, that the parties shall bear their own attorneys' fees and costs. Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiffs, Interstate Fire and Casualty Company and Fireman's Fund Insurance Company, must provide coverage and indemnify Apartment Management Consultants LLC and that Sunridge Partners, LLC for the judgment for compensatory

1

damages and punitive damages awarded in the underlying *Lompe* action. **It is further**

**ORDERED, ADJUDGED, AND DECREED** that Apartment Management Consultants LLC and that Sunridge Partners, LLC are not entitled to recover from Plaintiffs, Interstate Fire and Casualty Company and Fireman's Fund Insurance Company, on their bad faith claims and are not entitled to recover from Plaintiffs contractual damages, damages for lost business opportunities or lost profits, punitive damages, or attorneys' fees. **It is further**

**ORDERED, ADJUDGED, AND DECREED** that the parties shall bear their own attorneys' fees and costs.

Dated this 13th day of July 2018.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE